O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA07-067M-2 |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| Dennis Papa, | |
| Defendant. | |

**I.**

A. ( )   On motion of the Government in a case allegedly involving:

1. ( )   a crime of violence.
2. ( )   an offense with maximum sentence of life imprisonment or death.
3. ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.
4. ( )   any felony - where defendant convicted of two or more prior offenses described above.
5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.  (X)  On motion by the Government/( ) on Court's own motion, in a case
2           allegedly involving:
3      (X)  On the further allegation by the Government of:
4           1.  (X)  a serious risk that the defendant will flee.
5           2.  ( )  a serious risk that the defendant will:
6                a.  ( )  obstruct or attempt to obstruct justice.
7                b.  ( )  threaten, injure or intimidate a prospective witness or
8                         juror, or attempt to do so.
9  C.  The Government is not entitled to a rebuttable presumption that no condition or
10     combination of conditions will reasonably assure the defendant's appearance as
11     required and the safety or any person or the community.
12
13                                **II.**
14 A.  (X)  The Court finds that no condition or combination of conditions will
15           reasonably assure:
16      1.  (X)  the appearance of the defendant as required.
17               (X)  and/or
18      2.  (X)  the safety of any person or the community.
19 B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence
20           to the contrary the presumption provided by statute.
21
22                                **III.**
23     The Court has considered:
24 A.  (✘)  the nature and circumstances of the offense(s) charged, including whether
25           the offense is a crime of violence, a Federal crime of terrorism, or involves
26           a minor victim or a controlled substance, firearm, explosive, or destructive
27           device;
28 B.  (✘)  the weight of evidence against the defendant;

C.   (✘)   the history and characteristics of the defendant; and

D.   (✘)   the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.   (X)   As to flight risk: The defendant's history of probation violations and the nature of the charged offense.

B.   (X)   As to danger: The nature of the charged offense and his extensive criminal history establish the Defendant is an ongoing physical and economic danger to the community.

### VI.

A.   ( )   The Court finds that a serious risk exists the defendant will:
   1.   ( )   obstruct or attempt to obstruct justice.
   2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

_____

_____

_____

### VI.

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

|    |    |    |
|---|---|---|
| 1  |    | extent practicable, from persons awaiting or serving sentences or being held in |
| 2  |    | custody pending appeal. |
| 3  | C. | IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 4  |    | opportunity for private consultation with counsel. |
| 5  | D. | IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 6  |    | request of any attorney for the Government, the person in charge of the |
| 7  |    | corrections facility in which defendant is confined deliver the defendant to a |
| 8  |    | United States marshal for the purpose of an appearance in connection with a court |
| 9  |    | proceeding. |
| 10 |    |    |
| 11 | DATED: March 8, 2007 | _____ARTHUR NAKAZATO_____ |
| 12 |    | ARTHUR NAKAZATO<br>UNITED STATES MAGISTRATE JUDGE |